# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEONTE REED,<br><br>    Defendant. | Case No. 2:08-CR-00164-KJD-GWF<br><br>**ORDER** |

    Presently before the Court is Movant Deonte Reed's Motion for Leave to Supplement Pleading (#308/323). The Government is hereby ordered to file a response in opposition to Movant's motion within sixty (60) days of the entry of this order. The Government's response should address the following questions: (1) whether the proposed supplement is a timely § 2255 motion; (2) whether the motion could be considered an allowable second or successive § 2255 motion; (3) whether United States v. Yuman-Hernandez, 712 F.3d 471 (9th Cir. 2013) and United States v. Cortes, 2014 WL 998403 (9th Cir. March 17, 2014) apply retroactively to cases like Movant's which are on collateral review; and (4) whether Movant is entitled to relief on the merits of the supplement.

///

///

Any response by Movant must be filed within thirty (30) days of the filing of the Government's opposition.

**IT IS SO ORDERED.**

DATED this 2nd day of July 2014.

_____
Kent J. Dawson
United States District Judge