# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

DEONTE REED,

                Defendant.

JUDGMENT

Case Number: 2:08-cr-00164-KJD-GWF

(Related case: 2:17-CV-0769-KJD )

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States.

| | |
|---|---|
| 9/30/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |